UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                                    MDL DOCKET NO. 875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BESSIE COOK, EXECUTRIX OF
THE ESTATE OF ROBERT L. ALLEN, DECEASED, ET AL.                  PLAINTIFFS

VS.                                          CIVIL ACTION NOS. 1:05CV505WJG through

                                                                 1:06CV33WJG (INCLUSIVE)

OWENS-ILLINOIS, INC.                                             DEFENDANT

---

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CERTAINTEED CORPORATION, GENERAL ELECTRIC COMPANY, INDUSTRIAL HOLDINGS CORPORATION F/K/A THE CARBORUNDUM COMPANY, AND THE LINCOLN ELECTRIC COMPANY IN CIVIL ACTIONS 1:05CV505WJG through 1:06CV33WJG (INCLUSIVE)

---

HAVING COME BEFORE THE COURT by agreement, each plaintiff, as listed on Exhibit "A" and defendants, CertainTeed Corporation, General Electric Company, Industrial Holdings Corporation f/k/a The Carborundum Company and The Lincoln Electric Company, do hereby agree that these Defendants be dismissed without prejudice as to each plaintiff listed in each separate civil action identified in Exhibit "A". The Court having considered same, finds that these defendants should be dismissed without prejudice, in each listed civil action as to each plaintiff therein. Accordingly, it is therefore:

ORDERED AND ADJUDGED that the Defendants CertainTeed Corporation, General Electric Company, Industrial Holdings Corporation f/k/a The Carborundum Company and The Lincoln Electric Company are hereby dismissed without prejudice from the claims of the each plaintiff listed in each separate civil action identified in Exhibit "A", with each party to bear its own cost. A copy of this order shall be placed in the file of each of the separate civil actions referenced in Exhibit "A".

SO ORDERED AND ADJUDGED, this the 20th day of October, 2006.

UNITED STATES DISTRICT COURT JUDGE
JAMES T. GILES

AGREED TO AND APPROVED BY:

_\[signature\]_  
TIMOTHY W. PORTER (MSB #9687)  
KIMBERLY COURTNEY KING (MSB #10799)  
Porter & Malouf  
Post Office Box 12768  
Jackson, Mississippi   39236  
WILLIAM S. GUY (MSB #5083)  
Post Office Box 509  
McComb, Mississippi   39648-3825  
ATTORNEYS FOR PLAINTIFFS

_\[signature\]_  
JAMES G. HOUSE, III (MSB #9576)  
Forman Perry Watkins Krutz & Tardy LLP  
Post Office Box 22608  
Jackson, Mississippi   39225-2608  
ATTORNEY FOR DEFENDANTS